UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SUSIE ANNIE BALFOUR A/K/A                                    PLAINTIFF
SUSAN ANN BALFOUR

V.                                    CIVIL ACTION NO. 3:24-CV-93-KHJ-MTP

JACKSON HMA, LLC, et al.                                    DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure

54(b), the Court enters this Final Judgment dismissing all claims against

Defendant Eric Lane Rushing, M.D., and all related, vicarious-liability claims

against Defendant Jackson HMA, LLC d/b/a Merit Health Central.

SO ORDERED AND ADJUDGED, this 8th day of October, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE