IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SUSIE ANNIE BALFOUR a/k/a
SUSAN ANN BALFOUR                                                                    PLAINTIFF

VS.                                            CIVIL ACTION NO. 3:24-CV-00093-KHJ-MTP

JACKSON HMA, LLC dba
MERIT HEALTH CENTRAL, et al.                                                  DEFENDANTS

### DEFENDANT, DR. GLORIA PERRY'S, MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, Dr. Gloria Perry, and submits her Motion for Summary Judgment. In support of her Motion, Defendant relies on the accompanying Memorandum of Authorities, filed contemporaneously herewith, and the following exhibit:

Exhibit 1:   Declaration of Dr. Gloria Perry

WHEREFORE, PREMISES CONSIDERED, for the reasons outlined in her Memorandum of Authorities in Support of Motion for Summary Judgment, Defendant respectfully request that this Court grant summary judgment as to the claims asserted against her.

DATE: OCTOBER 16, 2024

**GLORIA PERRY,** *Defendant*

**LYNN FITCH**
Attorney General of Mississippi

*/s/ James H. Hall*
Special Assistant Attorney General
Mississippi Bar No. 100303
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3815
E-mail: james.hall@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided notice to all counsel of record.

This the 16th day of October 2024.

*/s/ James H. Hall*
