IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SUSIE ANNIE BALFOUR**      **PLAINTIFF**

**v.**      **CIVIL ACTION NO. 3:24cv93-KHJ-MTP**

**JACKSON HMA, LLC,** *et al.*      **DEFENDANTS**

## ORDER

This matter is before the Court upon the filing of Defendant's Motion [111] for Immunity Related Stay pending a ruling on the Motion [109] for Summary Judgment which asserts various immunity defenses. Rule 16(b)(3)(B) of the Local Uniform Civil Rules provides as follows:

> Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

L.U. Civ. R. 16(b)(3)(B).

IT IS, THEREFORE, ORDERED that the Motion [111] for Immunity Related Stay is hereby GRANTED and all discovery and disclosure requirements are stayed pursuant to the Local Rules pending a ruling on the Motion [109].

IT IS FURTHER ORDERED that counsel for the Plaintiff shall promptly notify the Magistrate Judge of a decision on the Motion [109] and shall submit a proposed order lifting the stay within seven (7) days of the ruling, if appropriate.

SO ORDERED this the 25th day of October, 2024.

                                           s/Michael T. Parker
                                           UNITED STATES MAGISTRATE JUDGE