UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SUSIE ANNIE BALFOUR A/K/A                                              PLAINTIFF
SUSAN ANN BALFOUR

V.                                      CIVIL ACTION NO. 3:24-CV-93-KHJ-MTP

JACKSON HMA, LLC, et al.                                              DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 54(b), the Court enters this Final Judgment dismissing with prejudice all claims against Defendant Gloria Mangum Perry, M.D.

SO ORDERED AND ADJUDGED, this 3rd day of June, 2025.

                                         s/ *Kristi H. Johnson*
                                         UNITED STATES DISTRICT JUDGE