**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**SUSIE ANNIE BALFOUR**                                                      **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 3:24-cv-93-KHJ-MTP**

**JACKSON HMA, LLC, ET AL.**                                          **DEFENDANTS**

**ORDER LIFTING STAY AND AMENDING CASE MANAGEMENT ORDER**

THIS MATTER comes before the Court *sua sponte* for case management purposes. On July 11, 2024, the Court entered a Case Management Order [91] setting the case deadlines and the trial of this matter. On October 16, 2024, however, Defendant Dr. Gloria Perry filed a Motion for Summary Judgment [109] raising qualified immunity as a defense, and the Court, pursuant to Local Rule 16(b)(3)(B), stayed all discovery and disclosure requirements pending a ruling on the Motion [109]. *See* Order [114]. The Court also suspended all then-pending deadlines set in the Case Management Order [91]. *See* Order [118]. Subsequently, other Defendants filed a Motion to Dismiss [122] raising qualified immunity as a defense.

On March 11, 2025, the Court denied the Motion to Dismiss [122] without prejudice and instructed Plaintiff to file a *Schultea* reply, which Plaintiff did on April 15, 2025. *See* Reply [150]. Additionally, on June 3, 2025, the Court granted Dr. Perry's Motion for Summary Judgment [109] and dismissed Plaintiff's claims against her. *See* Order [151].

Having disposed of the Motions [109] [122] raising qualified immunity, the Court finds that the discovery stay should be lifted and an amended case management order should be entered.

IT IS, THEREFORE, ORDERED that:

1.  The stay of discovery and disclosure requirements is lifted;

1

2.  Plaintiff's expert designation deadline is extended to October 15, 2025;

3.  Defendants' expert designation deadline is extended to November 17, 2025;

4.  The discovery deadline is extended to January 6, 2026;

5.  The deadline for motions (other than motions *in limine* and discovery motions) is extended to January 20, 2026;

6.  The pretrial conference is reset for May 14, 2026, before District Judge Kristi Johnson;

7.  The jury trial is reset for a two-week term beginning June 15, 2026, before District Judge Kristi Johnson;

8.  Any conflict with the trial date must be submitted in writing to the District Judge on or before June 13, 2025;

9.  All other provisions and deadlines contained in the Case Management Order [91], including the requirement that the parties schedule and complete a private mediation or settlement conference by the discovery deadline,  remain in place.

SO ORDERED this the 5th day of June, 2025.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE