UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHIRLEY BALFOUR, AS EXECUTRIX                                    PLAINTIFF
OF THE ESTATE OF SUSIE ANNIE
BALFOUR

V.                                  CIVIL ACTION NO. 3:24-CV-93-KHJ-MTP

JACKSON HMA, LLC, et al.                                        DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing with prejudice all claims against these defendants: Derek Scott Dyess, M.D., Joseph Arthur Oliver, M.D., Jackson HMA, LLC d/b/a Merit Health Central, Yvonne Barton, Katrice Funchess, Irish Harris, and Linda Nolan.

SO ORDERED AND ADJUDGED, this 5th day of February, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE